PEOPLE *v.* JORDAN.

Appeal from Recorder's Court of Detroit, Scallen (John P.), J. Submitted Division 1 August 13, 1968, at Detroit. (Docket No. 4,412.) Decided September 23, 1968.

Richard Jordan was convicted of attempted larceny from the person on plea of guilty. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, *Arthur N. Bishop, Jr.,* Assistant Prosecuting Attorney, for the people.

*Jack J. Kraizman,* for defendant on appeal.

PER CURIAM. Defendant Richard Jordan pleaded guilty on August 26, 1966, to the charge of attempted larceny from the person* and was convicted and sentenced. This Court granted leave to appeal April 10, 1968, the defendant contending that the trial court failed to comply with GCR 1963, 785.3(2) when accepting the guilty plea. The people have now filed a motion to affirm the conviction.

The recent decisions of the Michigan Supreme Court regarding GCR 1963, 785.3(2) and especially

---

* CL 1948, § 750.92 (Stat Ann 1962 Rev § 28.287); CL 1948, § 750.357 (Stat Ann 1954 Rev § 28.589).

*People* v. *Winegar* (1968), 380 Mich 719, show that the question presented here on appeal is unsubstantial and requires no formal argument or submission.

Affirmed.

LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ., concurred.